....LIAM McCRAW,
ATTORNEY GENERAL

SCOTT GAINES,
FIRST ASSISTANT

RUTH MYERS,
CHIEF CLERK

ASSISTANTS

JOE J. ALSUP
VICTOR W. BOULDIN
J. H. BROADHURST
WM. N. BROWN
H. GRADY CHANDLER
VERNON COE
WILLIAM C. DAVIS
L. B. DUKE
WM. MADDEN HILL
W. J. (DICK) HOLT
W. J. KEMP
C. K. KENNEDY
LEONARD KING
GEORGE P. KIRKPATRICK
SAM LANE

JOHN McKAY
ROBERT W. McKISSICK
WILLIAM McMILLAN
M. C. MARTIN
HENRY S. MOORE
T. F. (TED) MORROW
JAMES N. NEFF
PHIL L. NEFF, JR.
J. W. PEAVY
HARRY S. POLLARD
W. B. POPE
RUSSELL RENTFRO
TOM D. ROWELL
CHARLES RUTTA
ALFRED M. SCOTT
JOE SHARP
DICK STOUT
EARL STREET
MARVIN TREVATHAN
FRED C. VARNER, JR.
EFFIE WILSON-WALDRON
ALBERT WALKER
CHARLES B. WALKER
H. L. WILLIFORD



## OFFICE OF THE ATTORNEY GENERAL

### AUSTIN

January 6th, 1939

Mr. Dan W. Jackson
Criminal District Attorney
Houston, Texas

Dear Mr. Jackson:  Opinion No. O-18

Re: Validity and Application
of Articles 1569-1572 of the
Texas Penal Code where the
Federal Hours of Service Law
is applicable.

Your request for an opinion as to
the validity and applicability of Articles 1569-
1572 of the Texas Penal Code, as amended in 1933,
to cases involving women who are employed by rail-
roads in the transportation of interstate commerce,
has been received by this office.

We have referred to your letter and
examined both the state and federal statutes and
the authorities therein set out, and we agree that
Congress having made clear its purpose to regulate
employment which is in direct connection with inter-
state commerce and having so occupied the field, the
regulating power of the state ceased to exist at
the time Congress so entered the field.

It would seem, therefore, that
prosecution under the state act is limited to vio-
lations occurring in respect to intrastate trans-
actions only, and that you should not prosecute
cases under the state law when the Federal Hours
of Service Act is applicable.

Yours very truly,

ATTORNEY GENERAL OF TEXAS

By
Assistant

RC:ob  WDB.

APPROVED:

ATTORNEY GENERAL OF TEXAS